# In the United States District Court
# For the Middle District of Alabama
# Southern Division

**CONNIE SINGLETARY,**

  Plaintiff,

v.

**MERCK & CO., INC.,**

  Defendants.

**SUMMONS IN A CIVIL CASE**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

**CIVIL ACTION CASE NO:**

1:06cv876-WKW

TO: Merck & Co., Inc.
  c/o The Corporation Company
  2000 Interstate Park Drive, Ste. 204
  Montgomery, AL. 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

Connie Singletary, 375 McAlister Road, Abbeville, Alabama 36310
(Name and Address)

a response to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

_Debra P. Hackett_         10/2/06
CLERK          DATE

_[signature]_
DEPUTY CLERK

U.S. District Clerk's Office, Middle District
P.O. Box 711
Montgomery, AL 36101

SCANNED

**RETURN OF SERVICE**

I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

    ··    By personal service on the defendant at

_____.

    -    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____.

    ··    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

_____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                   *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                     *Authorized or Specially Appointed Process Server*

Costs of Service:    Service fee:                                               $
                            Expenses: _____ miles @ _____ cents                            $
                                                                                              TOTAL:   $