**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *S. Dawson*
☐ Agent
☑ Addressee

B. Received by ( Printed Name )
*S. Schuser*

C. Date of Delivery
10.3.06

1. Article Addressed to:

Merck & Co., Inc.
c/o The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, AL. 36109

1:06cv876-WCW

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail       ☐ Express Mail
☐ Registered           ☑ Return Receipt for Merchandise
☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

7006 0810 0004 1198 9330

PS Form **3811**, February 2004      Domestic Return Receipt      102595-02-M-1540