IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CONNIE SINGLETARY, an individual,** | * <br> * <br> * |
| Plaintiff, | * <br> * |
| v. | *  Civil Action No. 1:06-CV-876-MHT-VPM <br> * |
| **Merck & Co., Inc., a New Jersey Corporation,** | * <br> * <br> * |
| Defendant. | * |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Merck & Co, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public, and there are no individuals or entities owning greater than 10% of company stock.

Respectfully submitted on October 31, 2006

s/Richard B. Garrett

Richard B. Garrett
    Bar Number: (ASB-0782-A29R)
Mike Brock

       Bar Number:  (ASB-5280-B61R)
F. Chadwick Morriss
       Bar Number:  (ASB-8504-S75F)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:   rbg@rsjg.com
     rcb@rsjg.com
     fcm@rsjg.com

**Attorneys for Defendants**


## CERTIFICATE OF SERVICE

  I hereby certify that on October 31, 2006, I served a copy of the foregoing upon:

Connie Singletary
375 McAlister Road
Abbeville, Alabama 36310

by placing same in the United States mail, postage prepaid.


       s/Richard G. Garrett
       Of Counsel