IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CONNIE SINGLETARY, an individual, )<br>)<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>MERCK & CO., INC., a<br>New Jersey Corporation, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:06cv876-MHT |

ORDER

It is ORDERED that the motion to stay (doc. no. 7) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 1st day of November, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE